UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AFP SPECIALTIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: GJH- 21-2048<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows. This action was filed on August 12, 2021 by the Plaintiffs to recover amounts owed by the Defendant to the Plaintiff Fund. Subsequently, the Plaintiffs and the Defendant agreed to a settlement of this lawsuit and the Defendant is current in its obligations pursuant to the terms of this settlement. The opposing party has neither served an Answer nor a Motion for Summary Judgment.

        Respectfully submitted,

        **O'DONOGHUE & O'DONOGHUE LLP**
        5301 Wisconsin Avenue, NW
        Suite 800
        Washington, DC  20015
        (202) 362-0041 – telephone
        (202) 362-2640 – facsimile
        cgilligan@odonoghuelaw.com

By:_____/s/_____
        Charles W. Gilligan
        Maryland Bar No. 05682
        Attorney for Plaintiffs

828141_1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, has been sent first class mail, postage prepaid, this 21st day of September 2021, to:

Christopher Day
AFP Specialties, Inc.
1606 Barlow Street
Traverse City, MI  49686

                                                                      /s/
                                      Charles W. Gilligan

828141_1